**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.:   21-MJ-97** |
| **WILLIAM WRIGHT WATSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jennifer M. Rozzoni.  AUSA Jennifer Rozzoni will be substituting for AUSA Nicole McClain.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting U.S. Attorney
D.C. Bar No. 415793

By:    /s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney
NM Bar No. 14703
United States Attorney's Office
District of Columbia
Captiol Riot Detailee
555 4th Street, N.W.
Washington, D.C. 20001
(505) 350-6818
JENNIFER.M.ROZZONI@USDOJ.GOV

<u>**CERTIFICATE OF SERVICE**</u>

On this 4th day of March, 2021, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

/s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney