NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  2:21-MJ-097-ZMF

WILLIAM WRIGHT WATSON
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER

/S/Samuel Brooke
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Samuel Brooke, ASB-1172-L60B
(Attorney & Bar ID Number)

Federal Defenders of the Middle District of Alabama
(Firm Name)

817 S. Court Street
(Street Address)

Montgomery        AL        36104
(City)            (State)   (Zip)

334/834-2099
(Telephone Number)